# INDEX TO EXHIBITS

EXHIBIT A      Petition for Writ of Prohibition and Motion for Temporary Restraining Order

EXHIBIT B      Appendix to Petition