# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| JEFFERSON GRIFFIN <br> *Plaintiff* <br> v. <br> NORTH CAROLINA STATE BOARD OF ELECTIONS <br> *Defendant* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North Carolina State Board of Elections .

Date: 12/19/2024

/s/ Mary Carla Babb
*Attorney's signature*

Mary Carla Babb, N.C. State Bar No. 25731
*Printed name and bar number*

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

mcbabb@ncdoj.gov
*E-mail address*

(919) 716-6573
*Telephone number*

(919) 716-6763
*FAX number*