# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| JEFFERSON GRIFFIN  *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 5:24-cv-00724 |
| NORTH CAROLINA STATE BOARD OF ELECTIONS  *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North Carolina State Board of Elections    .

Date:    12/19/2024                                                        /s/ Terence Steed
                                                                                            *Attorney's signature*

                                                                                Terence Steed, N.C. State Bar No. 52809
                                                                                        *Printed name and bar number*

                                                                                        North Carolina Dept. of Justice
                                                                                        Post Office Box 629
                                                                                        Raleigh, N.C. 27602

                                                                                                    *Address*

                                                                                                tsteed@ncdoj.gov
                                                                                                *E-mail address*

                                                                                                (919) 716-6900
                                                                                                *Telephone number*

                                                                                                (919) 716-6763
                                                                                                *FAX number*