NO.   320P24                                                    TENTH DISTRICT

SUPREME COURT OF NORTH CAROLINA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JEFFERSON GRIFFIN | ) | |
| | ) | |
| v. | ) | <u>From Wake County</u> |
| | ) | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS | ) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF REMOVAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant North Carolina State Board of Elections gives notice to Petitioner that it has filed a notice of removal of the above-captioned civil action from the Supreme Court of North Carolina to the United States District Court for the Eastern District of North Carolina. A copy of that notice and the exhibits to it are being filed along with this notice. Defendant also requests that this Court forward to the United States District Court a complete copy of the state court file. *See* 28 U.S.C. § 1446(d).

This the 19th day of December, 2024.

        Electronically Submitted
        Mary Carla Babb
        Special Deputy Attorney General
        N.C. State Bar No. 25731
        MCBabb@ncdoj.gov

        N.C. R. App. P. 33(b) Certification:
        I certify that the attorneys listed below
        have authorized me to list their names
        on this document as if they had
        personally signed it.

        Terence Steed
        Special Deputy Attorney General
        N.C. State Bar No. 52809
        tsteed@ncdoj.gov

        North Carolina Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602
        (919) 716-6500

        *Counsel for the North Carolina State Board of Elections*

## CERTIFICATE OF SERVICE

I certify that I served this Notice of Removal on the Petitioner by email addressed to his Attorneys of Record as follows:

>Troy Shelton
>tshelton@dowlingfirm.com
>Craig D. Schauer
>cschauer@dowlingfirm.com
>Dowling PLLC
>3801 Lake Boone Trail
>Suite 260
>Raleigh, NC 27607
>
>Philip R. Thomas
>pthomas@chalmersadams.com
>Chalmers, Adams, Backer & Kaufman, PLLC
>204 N Person Street
>Raleigh, North Carolina 27601
>(919) 670-5185
>
>*Counsel for Petitioner*

Electronically submitted this the 19th day of December, 2024

>Electronically Submitted
>Mary Carla Babb
>Special Deputy Attorney General