IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON GRIFFIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 5:24-CV-00724-M |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## JUSTICE ALLISON RIGGS' CONSENT MOTION TO INTERVENE

Non-party Justice Allison Riggs submits this Motion to Intervene, requesting that the Court allow her to intervene in this matter pursuant to Federal Rule of Civil Procedure 24.

In support of this Motion, Justice Riggs relies upon the bases and authorities set forth in the attached Memorandum in Support.

Counsel for Justice Riggs consulted with counsel for Judge Griffin and counsel for the State Board of Elections before filing this motion and the parties do not oppose intervention.

Respectfully submitted this the 19th day of December, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Raymond M. Bennett*
Raymond M. Bennett
N.C. State Bar No. 36341
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2100 (telephone)
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com

*Counsel for North Carolina Associate Justice Allison Riggs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice of this filing to all attorneys of record by electronic means.

This 19th day of December, 2024.

/s/ *Raymond M. Bennett*
Raymond M. Bennett
N.C. State Bar No. 36341