IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) CIVIL ACTION<br>) NO. 5:24-CV-00724-M |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | )<br>) **NOTICE OF APPEARANCE**<br>) |
| Respondent. | ) |

Raymond M. Bennett of Womble Bond Dickinson (US) LLP gives notice of appearance as counsel for North Carolina Associate Justice Allison Riggs.

Dated: December 19, 2024     Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

 */s/ Raymond M. Bennett*
Raymond M. Bennett
N.C. State Bar No. 36341
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2112
Ray.Bennett@wbd-us.com

*Counsel for North Carolina Associate Justice Allison Riggs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice of this filing to all attorneys of record by electronic means.

This 19th day of December, 2024.

/s/ *Raymond M. Bennett*
Raymond M. Bennett
N.C. State Bar No. 36341