# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 5:24-CV-00724-M |
| NORTH CAROLINA STATE BOARD OF ) | |
| ELECTIONS, ) | **NOTICE OF APPEARANCE** |
| ) | |
| Respondent. ) | |

Samuel B. Hartzell of Womble Bond Dickinson (US) LLP gives notice of appearance as counsel for North Carolina Associate Justice Allison Riggs.

Dated: December 19, 2024     Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ Samuel B. Hartzell
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2112
Sam.Hartzell@wbd-us.com

*Counsel for North Carolina Associate Justice Allison Riggs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice of this filing to all attorneys of record by electronic means.

This 19th day of December, 2024.

/s/ *Samuel B. Hartzell*
Samuel B. Hartzell
N.C. State Bar No. 49256