IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondent. | ) |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that the undersigned Mark M. Rothrock is admitted to practice in this Court and hereby enters a notice of appearance as an attorney for Petitioner Judge Jefferson Griffin in the above-captioned matter.

Dated: December 20, 2024                         Respectfully submitted,

/s/ *Mark M. Rothrock*
Mark M. Rothrock
56747 (NC)
Lehotsky Keller Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to the Respondent, the North Carolina State Board of Elections.

/s/ *Mark M. Rothrock*
Mark M. Rothrock