IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondent. | ) |

**<u>PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

For the reasons set forth in the accompanying Memorandum, Petitioner Judge Jefferson Griffin respectfully requests that this Court enter a temporary restraining order prohibiting Respondent from certifying the election results for the November 2024 general election for Seat 6 of the North Carolina Supreme Court.

Immediately prior to filing this motion with the Court, Petitioner conferred with Respondent regarding whether it would consent to stay certification of the election results pending resolution of these judicial proceedings. As of the time of filing, Respondent had not responded to that request.

Dated: December 20, 2024

Craig D. Schauer
41571 (NC)
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
(919) 529-3351
cschauer@dowlingfirm.com

Troy D. Shelton
48070 (NC)
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
(919) 529-3351
tshelton@dowlingfirm.com

W. Michael Dowling
42790 (NC)
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
(919) 529-3351
mike@dowlingfirm.com

*Local Rule 83.1(d) special appearance forthcoming*

Respectfully submitted,

/s/ Mark M. Rothrock
Mark M. Rothrock
56747 (NC)
Lehotsky Keller Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

William T. Thompson*
24088531 (TX)
Lehotsky Keller Cohn LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 20, 2024, I electronically filed the foregoing Petitioner's Memorandum in Support of His Motion For Temporary Restraining Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the Respondent, the North Carolina State Board of Elections.

                                                       /s/ *Mark M. Rothrock*
                                                       Mark M. Rothrock