IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| Petitioner, | ) |
| v. | ) |
| | ) ORDER |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| Respondent. | ) |

It is hereby ORDERED that the Petitioner's Motion for Temporary Restraining Order is GRANTED. The North Carolina State Board of Elections SHALL NOT certify the election results for Seat 6 of the North Carolina Supreme Court until such time as the parties have briefed and the Court decides a motion for a preliminary injunction.

SO ORDERED. This _____ day of _____ , _____.

_____
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE