IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, <br><br> Petitioner, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> Respondent. | **[PROPOSED]** <br> **ORDER ON CONSENT MOTION TO INTERVENE OF ALLISON RIGGS** |

This matter comes before this Court on the Motion to Intervene filed by Associate Justice Allison Riggs of the North Carolina Supreme Court ("Intervenor"). Upon consideration of the record proper in this case, including Intervenor's filing and the consent of the parties, the Court finds and concludes pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure that Intervenor does have an interest relating to the matters that are the subject of the action, that Intervenor is so situated that disposing of the action may as a practical matter impair or impede Intervenor's ability to protect her interest, and that the existing parties do not and cannot adequately represent Intervenor's interest. Accordingly, the Court concludes that there is good cause for the intervention of Justice Riggs in this matter and that the motion to intervene was timely.

Based on the foregoing, IT IS HEREBY ORDERED that the Motion to Intervene of Allison Riggs in this matter is ALLOWED, and Allison Riggs is hereby added to this action as a Defendant.

This, the _____ day of _____, 2024.

_____
THE HONORABLE RICHARD E. MYERS II
Chief United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice of this filing to all attorneys of record by electronic means.

This, the 20th day of December, 2024.

        **Womble Bond Dickinson (US) LLP**

/s/ Raymond M. Bennett
Raymond M. Bennett
N.C. State Bar No. 36341
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601
(919) 755-2100
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com

Counsel for North Carolina Associate
  Justice Allison Riggs