IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00724-M

| | |
|---|---|
| JEFFERSON GRIFFIN | )<br>)<br>)<br>) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS | )<br>)<br>) |

Please take notice that the undersigned Christopher D. Dodge hereby enters a notice of special appearance as attorney for Proposed Intervenors North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ *Christopher D. Dodge*
Christopher D. Dodge
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202-968-4490
cdodge@elias.law
DC Bar. No. 90011587
Attorney for Proposed Intervenors


/s/ *Narendra K. Ghosh*
Narendra K. Ghosh
Patterson Harkavy LLP

100 Europa Drive, Suite 420
Chapel Hill, NC 27217
919-942-5200
N.C. Bar No. 37649
nghosh@pathlaw.com
Local Civil Rule 83.1(d) Attorney for
    Proposed Intervenors