IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00724-M

| | |
|---|---|
| JEFFERSON GRIFFIN )<br>)<br>)<br>)<br>v. )<br>)<br>NORTH CAROLINA STATE BOARD OF )<br>ELECTIONS )<br>) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Julie Zuckerbrod hereby enters a notice of special appearance as attorney for Proposed Intervenors North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ *Julie Zuckerbrod*
Julie Zuckerbrod
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202-968-4490
jzuckerbrod@elias.law
DC Bar. No. 1659412
Attorney for Proposed Intervenors


/s/ *Narendra K. Ghosh*
Narendra K. Ghosh
Patterson Harkavy LLP

100 Europa Drive, Suite 420
Chapel Hill, NC 27217
919-942-5200
N.C. Bar No. 37649
nghosh@pathlaw.com
Local Civil Rule 83.1(d) Attorney for
 Proposed Intervenors