# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br><br>    Defendant. | Case No. 5:24-cv-00724-M |

## NOTICE OF APPEARANCE

    Narendra K. Ghosh, of Patterson Harkavy LLP, hereby provides notice to the Court and all parties and their counsel that he will appear as counsel for all purposes herein on behalf of Proposed Intervenors North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson. Please direct copies of all future correspondence, notices, and other contacts regarding this case to Mr. Ghosh through the CMF/ECF electronic filing and service system or first-class mail.

Dated: December 21, 2024.

                                              Respectfully submitted,

                                              /s/ Narendra K. Ghosh
                                              Narendra K. Ghosh
                                              N.C. Bar No. 37649
                                              PATTERSON HARKAVY LLP
                                              100 Europa Drive, Suite 420
                                              Chapel Hill, NC 27217
                                              Telephone: (919) 942-5200
                                              nghosh@pathlaw.com

1

*Counsel for Proposed-Intervenors the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*