UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFERSON GRIFFIN,

    Plaintiff,

    v.

NORTH CAROLINA STATE BOARD OF ELECTIONS,

    Defendant.

Case No. 5:24-cv-00724-M

## **DECLARATION OF TANYA WEBSTER-DURHAM**

I, Tanya Webster-Durham, declare as follows:

1. I am a United States citizen and am over the age of 18. I have never been convicted of a felony.

2. I currently live in Charlotte, North Carolina, in Mecklenburg County. I have been a resident of Mecklenburg County for nearly ten years.

3. I am a member of the United Steelworkers and the North Carolina Alliance for Retired Americans.

4. I first registered to vote in North Carolina in 2004 and voted in every general election until I moved out of state around 2012. I moved back to North Carolina in 2015 and re-registered at a social services office in Mecklenburg County in 2020.

5. To my knowledge, my initial registration and my new registration were both accepted by the North Carolina State Board of Elections shortly after I submitted them.

6. Since re-registering to vote in North Carolina, I have voted in every municipal, state, and federal election, including primary and general elections, and I have never been turned away from the polls or told there was an issue with my voter registration.

7. I always bring my driver's license with me when I go to cast a ballot. In the 2024 general election, I went to my early voting polling location on November 1, 2024, presented my driver's license, and an election worker confirmed that I was on the list of registered voters. I was then given a ballot, and I voted in all of the elections on my ballot, including in the election for Associate Supreme Court Justice.

8. I did not know that Judge Griffin was challenging my vote until I learned from the Alliance for Retired Americans that I was on the list of voters targeted by his protests. I do not recall ever receiving a postcard or any other correspondence from Judge Griffin or the North Carolina Republican Party with information on these protests or indicating that my ballot was being challenged.

9. I understand that the postcards Judge Griffin mailed to challenged voters included a QR code that recipients could scan to learn more about the protests. Even if I had received the postcard, I do not know how to use QR codes, am not generally familiar with them or how they work, and have never used one before.

10. As a United States citizen and resident of North Carolina, I believe it is my civic duty to exercise my right to vote in every election. My vote is my voice and allows me to ensure a better future for my family and loved ones. I am very concerned that my vote will not count if Judge Griffin's protests are successful, and I am also worried that it will make it harder for me to vote in future elections.

Date: 12/20/2024

Tanya Webster-Durham