UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFERSON GRIFFIN,

    Plaintiff,

    v.

NORTH CAROLINA STATE BOARD OF ELECTIONS,

    Defendant.

Case No. 5:24-cv-00724-M

## DECLARATION OF SARAH SMITH

I, Sarah Smith, declare as follows:

1. I am a United States citizen and am over the age of 18. I have never been convicted of a felony.

2. I currently live in Greensboro, North Carolina, in Guilford County. I have been a resident of Guilford County since about 2008.

3. I am retired telecommunications worker and a member of the Communications Workers of America as well as the North Carolina Alliance for Retired Americans.

4. I first registered to vote in North Carolina when I turned 18 in 1963. Although I subsequently moved out of state and had to cancel my registration, I re-registered in 2009 after I moved back to North Carolina. To my knowledge, my new registration was accepted by the North Carolina State Board of Elections shortly after I submitted it.

5. Since re-registering to vote in North Carolina, I have voted in every state and federal election, including primary and general elections, and I have never been turned away from the polls or told there was an issue with my voter registration.

6. In the 2024 general election, I went to vote at my early voting location on October 28, 2024 to vote via curbside voting, presented my North Carolina driver's license, and an election worker confirmed that I was on the list of registered voters. I was then given a ballot, and I voted in all of the elections listed on my ballot, including in the election for Associate Supreme Court Justice.

7. I did not know that Judge Griffin was challenging my vote until I learned from the Alliance for Retired Americans that I was on the list of voters targeted by his protests. I do not recall ever receiving a postcard or any other correspondence from Judge Griffin or the North Carolina Republican Party with information on these protests or indicating that my ballot was being challenged.

8. I understand that the postcards Judge Griffin mailed to challenged voters included a QR code that recipients could scan to learn more about the protests. Even if I had received the postcard, I would not have been able to get more information, as I am unfamiliar with how to use QR codes and have never used one.

9. I believe voting is my civic duty. Through my vote, I have the power to shape the future for my family, for this state, and for this country. I am very concerned that my vote will not count if Judge Griffin's protests are successful, and I am also worried that it will make it harder for me to vote in future elections.

Date: December 19, 2024

/s/ *Sarah Smith*
Sarah Smith