# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br><br>    Defendant. | Case No. 5:24-cv-00724-M |

## [Proposed] Order Granting Motion to Intervene

Upon consideration of the Motion to Intervene by Proposed Intervenor-Defendants North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson the Court having considered the Motion and Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED.

IT IS SO ORDERED, this ___ day of _____, ____.

_____
Honorable Richard E. Myers II
United States District Court Judge