IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:24-CV-00724-M

Jefferson Griffin                        )
                                         )
                    Plaintiff(s),        )
          v.                             )
                                         )
North Carolina State Board of Elections  )
                                         )
                    Defendant(s).        )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

_VoteVets Action Fund_ who is _____,
(name of party/intervenor)        (plaintiff/defendant/other: _Intervenor_ )

makes the following disclosure:

1.  Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES  ◯                NO  ◉

2.  Does the party/intervenor have any parent corporations?

    YES  ◯                NO  ◉

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES  ◯                NO  ◉

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

    YES ⚪          NO ◉

5.  Is the party/intervenor a trade association?

    YES ⚪          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:


7.  In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

_____          _____
(Name of individual/entity)                    (State of citizenship)

_____          _____
(Name of individual/entity)                    (State of citizenship)

_____          _____
(Name of individual/entity)                    (State of citizenship)

_____          _____
(Name of individual/entity)                    (State of citizenship)

_____          _____
(Name of individual/entity)                    (State of citizenship)

_____          _____
(Name of individual/entity)                    (State of citizenship)

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Narendra K. Ghosh

Date: December 23, 2024

2