# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondent. | ) |

## **DECLARATION OF CRAIG SCHAUER**

I, Craig Schauer, do here by declare as follows:

1. I am more than 18 years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify to the matters set forth herein.

2. I am an attorney licensed to practice law in North Carolina, and I serve as legal counsel for the Honorable Jefferson Griffin.

3. On December 18, 2024, Judge Griffin filed a Petition for Writ of Prohibition with the Supreme Court of North Carolina. As part of the Petition, I signed a Verification of Counsel form pursuant to N.C. Gen. Stat. § 7A-98, which verified that the facts in the Petition were true and correct to the best of my knowledge, subject to the penalty of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

This the 23rd day of December, 2024.

Craig D. Schauer