IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | | |
|---|---|---|
| JEFFERSON GRIFFIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) ) | |
| | ) | |
| Respondent. | ) | |

It is hereby ORDERED that, for the reasons set forth in the Petitioner's briefing, the Petitioner's Motion for Preliminary Injunction is GRANTED. The North Carolina State Board of Elections SHALL NOT certify the election results for Seat 6 of the North Carolina Supreme Court until the merits of Petitioner's petition for a writ of prohibition are decided, either by this Court or, if the case is remanded, by the North Carolina Supreme Court.

SO ORDERED. This _____ day of _____ , _____.

_____
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE