IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondent. | ) |

**CONSENT MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Petitioner Judge Jefferson Griffin and Respondent North Carolina State Board of Elections respectfully request that this Court enter an expedited briefing schedule regarding Judge Griffin's motion for preliminary injunction. D.E. 31. The Board today has indicated that it is not likely to issue a final decision on Judge Griffin's protests until Friday, December 27, 2024, meaning that if Judge Griffin does not obtain a preliminary injunction staying certification by January 9, 2025, the Board will certify the results as early as January 10, 2025. Judge Griffin has moved for a preliminary injunction to enjoin the Board from certifying those results to prevent certification from mooting these proceedings. To provide the Court with an opportunity to fully consider the parties' briefing, hold a hearing, if any, and decide whether to enter a preliminary injunction prior to the issuance of a certificate of election, the parties have consented[1] to the following briefing schedule:

---

[1] The parties have also conferred with counsel for Proposed Intervenor Justice Allison Riggs. Although Justice Riggs is not yet a party to this action, her counsel also consents to this briefing schedule.

1. Respondent's Response due by Wednesday, January 1, 2025.

2. Petitioner's Reply due by Friday, January 3, 2025.

3. Hearing, if any, left to the Court's discretion on either Tuesday, January 7, 2025, or Wednesday, January 8, 2025.

Good cause exists to grant this Consent Motion, and the parties respectfully request that the Court enter an expedited briefing schedule as outlined above and as described in the proposed order attached hereto.

Dated: December 23, 2024

Respectfully submitted,

/s/ Mark M. Rothrock

| | |
|---|---|
| Craig D. Schauer | Mark M. Rothrock |
| 41571 (NC) | 56747 (NC) |
| DOWLING PLLC | Lehotsky Keller Cohn LLP |
| 3801 Lake Boone Trail, Suite 260 | 8513 Caldbeck Drive |
| (919) 529-3351 | Raleigh, NC 27615 |
| cschauer@dowlingfirm.com | (336) 416-3326 |
| | mark@lkcfirm.com |
| Troy D. Shelton | |
| 48070 (NC) | |
| DOWLING PLLC | William T. Thompson* |
| 3801 Lake Boone Trail, Suite 260 | 24088531 (TX) |
| (919) 529-3351 | Lehotsky Keller Cohn LLP |
| tshelton@dowlingfirm.com | 408 W. 11th Street, 5th Floor |
| | Austin, TX 78701 |
| W. Michael Dowling | (512) 693-8350 |
| 42790 (NC) | will@lkcfirm.com |
| DOWLING PLLC | |
| 3801 Lake Boone Trail, Suite 260 | |
| (919) 529-3351 | |
| mike@dowlingfirm.com | |

*Local Rule 83.1(d) special appearance forthcoming*

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I electronically filed the foregoing Consent Motion for Expedited Briefing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ *Mark M. Rothrock*
Mark M. Rothrock