IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Philip R. Thomas, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Jefferson Griffin.

This the 26th day of December, 2024.

/s/ Philip R. Thomas
Philip R. Thomas
N.C. State Bar No. 53751
**Chalmers, Adams, Backer & Kaufman, PLLC**
204 N Person Street
Raleigh, North Carolina 27601
Telephone: (919) 670-5185
pthomas@chalmersadams.com