IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00724-M

| | |
|---|---|
| JEFFERSON GRIFFIN ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | **NOTICE OF SPECIAL APPEARANCE** |
| ) | |
| NORTH CAROLINA STATE BOARD OF ) ELECTIONS ) | |
| ) | |
| DEFENDANT ) | |
| ) | |
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTE VETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, AND JUANITA ANDERSON | |
| INTERVENORS | |

Please take notice that the undersigned Tina Meng Morrison hereby enters a notice of special appearance as attorney for Intervenors North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ *Tina Meng Morrison*
Tina Meng Morrison
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001

202-968-4490
tmengmorrison@elias.law
DC Bar. No. 1741090
Attorney for Intervenors


    */s/ Narendra K. Ghosh*
Narendra K. Ghosh
Patterson Harkavy LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
919-942-5200
N.C. Bar No. 37649
nghosh@pathlaw.com
Local Civil Rule 83.1(d) Attorney for
    Intervenors