IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondent. | ) |

## AMICUS CURIAE NOTICE OF APPEARANCE

COMES NOW the undersigned, William C. McKinney, an attorney admitted to practice in this Court, and hereby gives notice of Amicus Curiae appearance as counsel for former Members of Congress Senate Majority Leader Thomas Daschle, House Majority Leader Richard Gephardt, and former Representatives Steve Israel, Christopher Shays, Robert Wexler, James Greenwood and Wayne Gilchrest.

This the 31st day of December, 2024.

*/s/ William C. McKinney*
William C. McKinney, Fed ID: 15580
N.C. State Bar No. 046254
**Haynsworth Sinkler Boyd, P.A.**
ONE North Main, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
wmckinney@hsblawfirm.com
*Local Civil Rule 83.1(d) Attorney for Amicus Curiae*

1

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of December, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

/s/ William C. McKinney
William C. McKinney, Fed ID: 15580
N.C. State Bar No. 046254
Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
wmckinney@hsblawfirm.com