IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondent. | ) |

## NOTICE

Petitioner Judge Jefferson Griffin notifies the Court that the North Carolina State Board of Elections issued a final written decision on Judge Griffin's remaining protests on Friday, December 27, 2024. A copy of the written decision is attached as Exhibit A. The State Board's counsel has represented that, based on a written decision being issued on Friday, December 27, the State Board would issue the certificate of election for Seat 6 of the North Carolina Supreme Court on Friday, January 10, 2024, unless a stay of the certification was obtained before that date. A copy of the State Board's written representation is attached as Exhibit B.

Dated: December 31, 2024

Craig D. Schauer
41571 (NC)
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
(919) 529-3351
cschauer@dowlingfirm.com

Troy D. Shelton
48070 (NC)
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
(919) 529-3351
tshelton@dowlingfirm.com

W. Michael Dowling
42790 (NC)
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
(919) 529-3351
mike@dowlingfirm.com

*Local Rule 83.1(d) special appearance forthcoming*

Respectfully submitted,

/s/ Mark M. Rothrock
Mark M. Rothrock
56747 (NC)
Lehotsky Keller Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

William T. Thompson*
24088531 (TX)
Lehotsky Keller Cohn LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 31, 2024, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all the parties of record.

                                                       /s/ *Mark M. Rothrock*
                                                       Mark M. Rothrock