# EXHIBIT B

| | |
|---|---|
| **Subject:** | RE: Conferral on Expedited Briefing Schedule & Consent Order - No. 5:24-cv-724 |
| **Date:** | Monday, December 23, 2024 at 3:21:06 PM Eastern Standard Time |
| **From:** | Babb, Mary Carla (Hollis) |
| **To:** | Mark Rothrock |
| **CC:** | Craig Schauer, Will Thompson, Troy Shelton, Mike Dowling, Bennett, Ray, Hartzell, Samuel, Steed, Terence |
| **Attachments:** | image004.png, image005.png, image006.png, image007.jpg |

Thanks, Mark.

Just for context (and something you guys could certainly figure out)---by our calculation, if that decision issues on Friday, and no stay is obtained by Thursday, Jan. 9, the certificate of election would issue on Friday, Jan. 10.



Mary Carla Babb
Special Deputy Attorney General
Special Litigation
North Carolina Department of Justice
919-716-6573
mcbabb@ncdoj.gov
114 W. Edenton St., Raleigh, North Carolina 27603
ncdoj.gov

Please note messages to or from this address may be public records.

---

**From:** Mark Rothrock <mark@lkcfirm.com>
**Sent:** Monday, December 23, 2024 3:14 PM
**To:** Babb, Mary Carla (Hollis) <MCBabb@ncdoj.gov>
**Cc:** Craig Schauer <cschauer@dowlingfirm.com>; Will Thompson <will@lkcfirm.com>; Troy Shelton <tshelton@dowlingfirm.com>; Mike Dowling <mike@dowlingfirm.com>; Bennett, Ray <Ray.Bennett@wbd-us.com>; Hartzell, Samuel <Sam.Hartzell@wbd-us.com>; Steed, Terence <Tsteed@ncdoj.gov>
**Subject:** Re: Conferral on Expedited Briefing Schedule & Consent Order - No. 5:24-cv-724

Thank you, MC. Let me discuss with my team and we'll get back to you.

Best,

Mark

**Mark M. Rothrock** | Lehotsky Keller Cohn | 336.416.3326