

# North Carolina Court of Appeals

EUGENE H. SOAR, Clerk

Fax: (919) 831-3615  
Web: https://www.nccourts.gov

Court of Appeals Building  
One West Morgan Street  
Raleigh, NC 27601  
(919) 831-3600

Mailing Address:  
P. O. Box 2779  
Raleigh, NC 27602

No. P24-735

TELIA KIVETT; WANDA NELSON FOWLER; THE REPUBLICAN NATIONAL COMMITTEE; AND THE NORTH CAROLINA REPUBLICAN PARTY

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, IN HIS OFFICIAL CAPACITY OF CHAIR OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; JEFF CARMON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE NORTH CAROLINA BOARD OF ELECTIONS; STACY EGGERS IV, KEVIN N. LEWIS, AND SIOBHAN O'DUFFY MILLEN IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS

From Wake  
( 24CV031557-910 )

## O R D E R

The following order was entered:

By unanimous vote, the "Petition for Writ of Supersedeas and Motion for Temporary Stay and Temporary Injunction" filed in this cause by petitioners Telia Kivett, Wanda Nelson Fowler, the Republican National Committee, and the North Carolina Republican Party on 23 October 2024 is decided as follows: The petition for writ of supersedeas is denied. The motion for temporary stay and temporary injunction is dismissed as moot.

By order of the Court, sitting as a three-judge panel, this the 29th of October 2024.

WITNESS my hand and the seal of the North Carolina Court of Appeals, this the 29th day of October 2024.

Eugene H. Soar  
Clerk, North Carolina Court of Appeals

Copy to:  
Mr. Phillip J. Strach, Attorney at Law, For Kivett, Telia; Fowler, Wanda Nelson; Republican Nat'l Comm. - (By Email)  
Mr. Jordan A. Koonts, Attorney at Law - (By Email)  
Ms. Sarah G. Boyce, Deputy Attorney General, For The North Carolina State Board of Elections - (By Email)  
Ms. Mary Carla Babb, Special Deputy Attorney General - (By Email)  
Mr. Terence Steed, Special Deputy Attorney General - (By Email)  
Mr. Jim W. Phillips, Jr., Attorney at Law - (By Email)

Ms. Shana L. Fulton, Attorney at Law - (By Email)
Mr. William A. Robertson, Attorney at Law - (By Email)
Mr. James W. Whalen, Attorney at Law - (By Email)
Mr. Eric M. David, Attorney at Law, For Democratic National Committee - (By Email)
Ms. Shaunesi Y. DeBerry - (By Email)
Mr. Jeffrey Loperfido, Attorney at Law - (By Email)
The Honorable Clerk of Superior Court, Wake County