# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| Petitioner, | ) |
| v. | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| Respondent, | ) **AMICUS CURIAE APPEARANCE** |
| and | ) |
| ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, JUANITA ANDERSON, | ) |
| Intervenor-Respondents. | ) |

Now comes Jessica A. Marsden, an attorney authorized to practice in this court, who hereby gives notice of Amicus Curiae appearance as counsel for the League of Women Voters of North Carolina and individual North Carolina voters Susan Copland Arnold Rudolph, Heba Salama, Jennifer Baddour, Spring Dawson-McClure, Iryna Merideth, and Rani Dasi.

This 2nd day of January 2025.         Respectfully Submitted,

/s/ Jessica A. Marsden
Jessica A. Marsden
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
jess.marsden@protectdemocracy.org

(202) 579-4582
Fax: 202-769-3176
State Bar No. 50855
*Attorney for Amicus Curiae*

# CERIFICATE OF SERVICE

On this Second day of January 2025, the undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice of this filing to all attorneys of record by electronic means.

*/s/ Jessica A. Marsden*
Jessica A. Marsden
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
jess.marsden@protectdemocracy.org
(202) 579-4582
Fax: 202-769-3176
State Bar No. 50855
*Attorney for Amicus Curiae*