IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, <br><br> Petitioner, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> Respondent, <br><br> and <br><br> ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, JUANITA ANDERSON, <br><br> Intervenor-Respondents. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE FOR INDIVIDUAL NORTH CAROLINA VOTERS AND THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA** |

The Court has considered the motion for leave to file amicus curiae for the League of Women Voters of North Carolina and individual North Carolina voters Susan Copland Arnold Rudolph, Heba Salama, Jennifer Baddour, Spring Dawson-McClure, Iryna Merideth, and Rani Dasi filed on January 1, 2025. *See* ECF 41. It is hereby ORDERED that the motion is GRANTED.

SIGNED this ___ day of January 2025.

_____
Hon. Richard E. Meyers, II
Chief United States District Judge