# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA STATE BOARD OF )<br>ELECTIONS )<br>)<br>Defendant. )<br>_____ ) | NO. 5:24cv724 |

## SUPPLEMENTAL STATEMENT TO MOTION FOR LEAVE

The undersigned has attempted to consult with Plaintiff's counsel to obtain their consent for the filing of this motion. Specifically, consent requests were made to Craig Schauer, Troy Shelton, and William Dowling, of Dowling, PLLC; Mark Rothrock, of Lehotsky Keller Cohn, LLP; and Philip Thomas, of the North Carolina Republican Party. Despite the undersigned's diligent efforts, no response from Plaintiff's counsel has been received. Defendant and Intervenor-Defendants have consented to this motion.

Dated: January 2, 2025.

    Respectfully submitted,

    /s/ William C. McKinney
    William C. McKinney, Fed ID: 15580
    N.C. State Bar No. 046254
    Haynsworth Sinkler Boyd, P.A.
    ONE North Main, 2nd Floor
    Greenville, South Carolina 29601
    Telephone: (864) 240-3200
    wmckinney@hsblawfirm.com

    *Local Civil Rule 83.1(d) Attorney for Amicus Curiae*

1

/s/Tianna Mays
Tianna Mays
*Pro hac vice application forthcoming*
State Democracy Defenders Fund
600 Pennsylvania Avenue SE
#15180
Washington, DC 20003
tianna@statedemocracydefenders.org

/s/Jon Greenbaum
Jon Greenbaum
*Pro hac vice application forthcoming*
Justice Legal Strategies PLLC
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004
jgreenbaum@justicels.com

/s/Spencer Klein
Spencer Klein
*Pro hac vice application forthcoming*
Klein Law PC
1328 Florida Ave NW
Washington, DC 20009
spencer@statedemocracydefenders.org

*Counsel for Amici Curiae*