# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| Plaintiff, | ) |
| v. | ) NO. 5:24cv724 |
| NORTH CAROLINA STATE BOARD OF ELECTIONS | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Motion for leave to file an amicus curiae brief in opposition to remand ("Motion") (ECF No. 37), filed by Former Senate Majority Leader Thomas Daschle, former House Majority Leader Richard Gephardt, and former Representatives Christopher Shays, Jim Greenwood, Robert Wexler, Wayne Gilchrest, and Steve Israel. After careful review and consideration of the record, the Court finds that the proposed amicus brief is both desirable and relevant to the disposition of this matter. Further, all parties to this action have either consented to the filing of the amicus brief or have not responded after efforts to contact them have been made. Accordingly, for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED, and movants are hereby granted leave to file an amicus curiae brief in opposition to remand.

SO ORDERED, this the _____ day of January, 2025.

                                                                                                  _____
                                                                                                  Honorable Richard E. Myers II
                                                                                                  Chief United States District Judge