IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) |
| | ) |
| Respondents, | ) |
| | ) |
| ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, and JUANITA ANDERSON, | ) |
| | ) |
| Intervenor-Respondents. | ) |

## **PETITIONER'S MOTION TO REMAND**

Petitioner Judge Jefferson Griffin respectfully requests that this Court remand this case to the North Carolina Supreme Court pursuant to 28 U.S.C. § 1447(c). Respondent and Intervenors have failed to carry their burden to show that this Court has subject-matter jurisdiction over this case. *Pullman* abstention warrants remand. And the general removal statutes prohibit removal of an appellate case seeking a writ of prohibition. Moreover, the Respondent and Intervenors have failed to show that removal was appropriate under 28 U.S.C. §§ 1441(a) and 1443(2). For these reasons and those in Petitioner's Memorandum in Support filed herewith, this Court should order remand.

| | |
|---|---|
| Dated: January 3, 2025 | Respectfully Submitted, |
| | /s/ *Mark M. Rothrock* |

Craig D. Schauer
41571 (NC)
Dowling PLLC
3801 Lake Boone Trial, Suite 260
919 529-3351
cschauer@dowlingfirm.com

Troy D. Shelton
48070 (NC)
Dowling PLLC
3801 Lake Boone Trial, Suite 260
919 529-3351
tshelton@dowlingfirm.com

W. Michael Dowling
42790 (NC)
Dowling PLLC
3801 Lake Boone Trial, Suite 260
919 529-3351
mike@dowlingfirm.com

Philip R. Thomas
N.C. State Bar No. 53751
Chalmers, Adams, Backer & Kaufman, PLLC
204 N Person St.
Raleigh, NC 27601
Telephone: (919) 670-5185
pthomas@chalmersadams.com

Mark Rothrock
56747 (NC)
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lkcfirm.com

William T. Thompson*
24088531 (TX)
LEHOTSKY KELLER COHN LLP
408 W. 11st Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lkcfirm.com

*Local Rule 83.1(d) special appearance forthcoming*

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I electronically filed the foregoing Petitioner's Motion to Remand with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ *Mark M. Rothrock*
Mark M. Rothrock