IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) ) |
| | ) |
| Respondents, | ) |
| | ) |
| ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, and JUANITA ANDERSON, | ) ) ) ) ) |
| | ) |
| Intervenor-Respondents. | ) |

It is hereby ORDERED that the Petitioner's Motion to Remand is GRANTED. This Case is therefore REMANDED to the North Carolina Supreme Court for further proceedings.

SO ORDERED. This _____ day of _____ , _____.

_____
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE