

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:    (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

January 6, 2025

North Carolina Supreme Court
Attn: Clerk's Office
PO Box 2170
Raleigh, NC 27602

Re:    5:24-cv-724-M-RJ; Griffin v. North Carolina State Board of Elections
        North Carolina Supreme Court Case No.: 320P24

Dear Clerk:

Pursuant to the order entered by the Honorable Chief United States District Judge Richard E. Myers II on January 6, 2025, this case is remanded to the North Carolina Supreme Court. In accordance with 28 U.S.C. §1447(c), enclosed is a certified copy of the order of remand.

If you have any questions regarding this order, please do not hesitate to call.

        Sincerely,

        PETER A. MOORE, JR., CLERK

        *Kimberly McNally*
        By: Kimberly McNally, Deputy Clerk