# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>    Defendant,<br><br>and<br><br>ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, and JUANITA ANDERSON,<br><br>    Intervenor-Defendants. | Case No. 5:24-cv-00724-M |

## INTERVENOR-DEFENDANTS NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, AND JUANITA ANDERSON'S NOTICE OF APPEAL

    The North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson (collectively "Intervenor-Defendants") hereby give their notice of appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order remanding this case to the North Carolina Supreme Court, entered on January 6, 2024, ECF No. 50.

Dated: January 7, 2024.                        Respectfully submitted,

                                                                        /s/ Christopher D. Dodge

Lalitha D. Madduri**
Christopher D. Dodge*
Tina Meng Morrison*
Makeba A.K. Rutahindurwa**
James J. Pinchak*
Julie Zuckerbrod*
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
mrutahindurwa@elias.law
jpinchak@elias.law
jzuckerbrod@elias.law

* *Participating via Notice of Special Appearance*
***Notice of Special Appearance Forthcoming*

Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Intervenor-Defendants the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*