IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00724-M-RN

| | |
|---|---|
| Jefferson Griffin,<br><br>*Plaintiff*,<br><br>v.<br><br>North Carolina State Board of Elections,<br><br>*Defendant*,<br><br>&<br><br>Allison Riggs; North Carolina Alliance for Retired Americans; VoteVets Action Fund; Tanya Webster-Durham; Sarah Smith; Juanita Anderson,<br><br>*Intervenor-Defendants*. | **NOTICE OF APPEAL** |

Intervenor-Defendant Allison Riggs appeals to the United States Court of Appeals for the Fourth Circuit from the Order (ECF No. 50) entered in this action on January 6, 2025.

Dated: January 7, 2025          Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Raymond M. Bennett*
Raymond M. Bennett
N.C. State Bar No. 36341
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2100
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com

*Counsel for North Carolina Associate Justice Allison Riggs*