# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 01/07/25
- ___ First NOA in Case
- ___ Subsequent NOA-same party
- ✓ Subsequent NOA-new party
- ___ Subsequent NOA-cross appeal
- ___ Paper ROA   ___ Paper Supp.
- Vols: _____
- Other: _____

**District:** Eastern District of North Carolina
**Division:** Western
**Caption:** Griffin v. NC Board of Elections, et al

**District Case No.:** 5:24-CV-724-M
**4CCA No(s). for any prior NOA:**
**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

**Confinement-Criminal Case:**
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ___ In custody
- ___ On bond
- ___ On probation

**Defendant Address-Criminal Case:**

**District Judge:** Richard Myers, II

**Court Reporter** (list all):

**Coordinator:** Shelia Foell

**Fee Status:**
- ___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
- ___ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ✓ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
- ___ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- ___ Assembled electronic record transmitted
- ___ Additional sealed record emailed to 4cca-filing
- ___ Paper record or supplement shipped to 4CCA
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ✓ Assembled electronic record available if requested
- ___ Additional sealed record available if requested
- ___ Paper record or supplement available if requested
- ✓ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Deputy Clerk:** Shelia Foell   **Phone:** 252-830-2330   **Date:** 01/07/25

01/2012