IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24cv724

| | |
|---|---|
| JEFFERSON GRIFFIN )<br>)<br>)<br>)<br>v. )<br>)<br>NORTH CAROLINA STATE BOARD OF )<br>ELECTIONS )<br>) | **NOTICE OF SPECIAL APPEARANCE** |

    Please take notice that the undersigned Spencer Klein hereby enters a notice of special appearance as attorney for *Amici Curiae* in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, William C. McKinney.

    I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

                                                                                            /s/ Spencer Klein
                                                    Spencer Klein
                                                    Klein Law PC
                                                    1328 Florida Ave NW
                                                    Washington DC 20009
                                                    Telephone: (202) 594-9958
                                                    spencer@statedemocracydefenders.org
                                                    DC Bar. No. 90003366
                                                    Attorney for *Amici Curiae*


                                                   /s/ William C. McKinney
                                                    William C. McKinney
                                                    Haynsworth Sinkler Boyd, P.A.
                                                    ONE North Main, 2nd Floor
                                                    Greenville, South Carolina 29601

Telephone: (864)240-3200
wmckinney@hsblawfirm.com
N.C. Bar. No. 046254
Local Civil Rule 83.1(d) Attorney for *Amici Curiae*