IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00724-M

| | |
|---|---|
| JEFFERSON GRIFFIN, | |
| Plaintiff, | |
| v. | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ORDER |
| Defendant, | |
| ALLISON RIGGS, | |
| Intervenor-Defendant, and | |
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS et al., | |
| Intervenor-Defendants. | |

This matter comes before the court on a notice filed by Defendant North Carolina State Board of Elections (the "State Board") [DE 68]. The State Board requests that this court "adjust its prior decision in this matter" to "compl[y] with the mandate" issued by the United States Court of Appeals on February 14, 2025. DE 68 at 1; *see also* DE 67 at 3. The State Board requests court "compliance . . . by Friday, February 28," and further advises that it will seek a writ of mandamus from "the U.S. Court of Appeals for the Fourth Circuit by Monday, March 3 if this [c]ourt has not implemented the [Fourth Circuit's] mandate by that date." *Id.* at 1, 4.

The Fourth Circuit's February 14 mandate gave effect to its February 4 judgment, which instructed the court to engage in "further proceedings consistent with the [Fourth Circuit's] decision," which was also published on February 4. DE 66 at 1. The Fourth Circuit's February 4

1

decision "dismissed as moot" the State Board's appeal in this matter. DE 65 at 9. Accordingly, no further proceedings in this matter are warranted and the court sees no reason to "adjust its prior decision in this matter." DE 68 at 1.

SO ORDERED this 26th day of February, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE